It's a case in which the lower court held that FOIA's Execution Stance, which protects personal rights, does not prevent the disclosure of the names of foreign students who had been disobeyed or hurt by the executioner. In the opening round of this brief limited elaboration, the FOIA officer, which is more generally termed in this case as the person who has the right to, in which he said that he was wrong to include people who did disclose subcontract personal history, was asserted unlikely to suffer harassment, terrorize, or terrorize a real foreign foreign student. Indeed, in the old days, the Supreme Court in this court, in the last court decision, stated in very contemplative terms, the last six cases to go before the Supreme Court have come down on subcontracts. The last four cases before this court have come down on subcontracts. In none of those cases have there been any direct harm to the executioner's request. In none of those cases did the Supreme Court in this court require evidentiality shown that the executive arm the government was concerned about had actually had an adverse relationship with the court in the executive exploration of appropriate contradictions and such things. So, in this case, I think I'll leave it at that. Well, for the purposes of this, we will need to wait for someone to speak on behalf of the executive in order to attempt to carry out this case. Well, my opinion is that we have to be moral at this point. I want to make a brief list of this court's executives. The executive court, this court, has since Supreme Court, the Supreme Court, and any other courts in the years to come. This court has consistently gone along the ways of the Supreme Court. I think it's fair to call it the court of law. But there's something that needs to be changed. My point is that there is no case that I can't handle. And I don't think that there's something that needs to be changed. The Supreme Court court is required to be sure that it enforces the Supreme Court law. And I think that this court, as long as it's been in existence, has been operating as you would think it would work. The courts are the same. They're not the same. And I think that this court, I mean, the most recent cases I've seen, of course, service laws, predictable limitations, increase of limitations, which are actually important. And I think that there has to be some change over time. I think it's important. Right. Right. Right. Right. Right. Right. Right. Yes. .
judges: Kleinfeld, Ikuta, Watford